**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

**WILLIAM A. HILL**

       **Plaintiff,**

              **CERTIFICATION**
 v.             Civil Action No. 11-CV-00753

**DELAWARE NORTH COMPANIES, INC.**

       **Defendant.**
_____

**MEDIATION CERTIFICATION**

A mediation session was held on: <u>July 25, 2013</u>.

- ☐ **Case has settled.** The parties have agreed that the Defendant's attorneys will prepare the settlement agreement and stipulation for dismissal and that the stipulation will be filed no later than February 28, 2013.

- ☐ **Case has settled in part.** The parties have been instructed to file a stipulation setting forth the resolved claims within five (5) business days from the mediation session.

- ☒ **Case has not settled.** Mediation will continue on: <u>December 16, 2013</u>.

- ☐ **Case has not settled.** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Date:  July 26, 2013        /s/  Joseph F. Saeli, Jr.
                 Joseph F. Saeli, Jr., Mediator
                 Saeli Law Office, P.C.
                 4600 Main Street, Suite 200
                 Amherst, NY 14226
                 (716) 839-6750