AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:11-CV-753S

William A. Hill,
 individually and on behalf of all others similarly situated

Plaintiff,

v.

Delaware North Companies Sportservice, Inc.,

Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the December 15, 2014 Report and Recommendation (docket no. 116) is accepted.  Further, Plaintiffs' objections (docket no. 117) are denied.  Further, Defendant's Motion for Summary Judgment (docket no. 112) is granted and the Complaint is dismissed.

Date: June 8, 2015                                             MICHAEL J. ROEMER, CLERK


                                                        By:    s/Deborah M.. Zeeb
                                                                Deputy Clerk