**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

**MANDATE**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of October, two thousand and sixteen.

Before:     Rosemary S. Pooler,
              Barrington D. Parker,
              Debra Ann Livingston,
                    *Circuit Judges*,

---

William A. Hill and Tanica Brown, individually and on behalf of all others similarly situated,

    Plaintiffs - Appellants,

v.

Delaware North Companies Sportservice, Inc.,

    Defendant - Appellee,

Baltimore Orioles Limited Partnership,

    Intervenor.

---

**JUDGMENT**
Docket No. 15-2109

The appeal in the above captioned case from a judgment of the United States District Court for the Western District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is AFFIRMED.

                For The Court:
                Catherine O'Hagan Wolfe,
                Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/25/2016